[NOT FOR PUBLICATION] [NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT FOR THE FIRST CIRCUIT



No. 97-1801

HUMBERTO TORRES,

Plaintiff, Appellant,

v.

ELI LILLY AND COMPANY, INC., ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Daniel R. Dominguez, U.S. District Judge] 



Before

Selya, Stahl and Lynch,
Circuit Judges. 



Rosa M. Nogueras de Gonzalez for appellant. 
Carl Schuster, with whom Carlos R. Paula and Schuster Usera 
Aguilo & Santiago were on brief, for appellees. 



December 10, 1997


Per Curiam. We have carefully reviewed the record on Per Curiam. 

appeal and fully considered the points advanced by the plaintiff

(both in his briefs and at oral argument). In the end, we find

these appeals to be so utterly lacking in merit that further

comment would be gratuitous. It suffices to say that the

district court was amply justified in granting the defendants'

motion for summary judgment for the reasons expressed in that

court's thoughtful rescript. See Torres v. Eli Lilly and Co., 

Civ. No. 95-1042 (DRD) (D.P.R. March 20, 1997) (unpublished). We

add only that the plaintiff's counsel is fortunate that the

district court did not choose to invoke the provisions of Fed. R.

Civ. P. 11 and/or 28 U.S.C. 1927.

We need go no further. The judgment is summarily

Affirmed. See 1st Cir. R. 27.1. Affirmed. 

2